UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MYELICIA RODGERS,**

    **Plaintiff,**

v.                                       Case No.  3:24-cv-62-TKW/HTC

**LOUIS DEJOY,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Plaintiff's objection (Doc. 6).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that Plaintiff's claims are time-barred because she did not file suit within 90 days of receiving the right-to-sue letter.  Most of the issues raised in the objection relate to issues that preceded the issuance of the right-to-sue letter and have nothing to do with the timeliness of this suit.  *See* Doc. 6 at ¶¶1-6.  The two issues that do relate to the timeliness of the suit (i.e., inability to obtain legal representation and trial preparation in another case, *id.* at ¶¶7, 8) are not "extraordinary circumstances" that would implicate the doctrine of "equitable

tolling" or otherwise excuse Plaintiff's failure to file suit within 90 days of receiving the right-to-sue letter. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §1915(e)(2)(B) because it is barred by the statute of limitations.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 11th day of March, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**